UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor, The Bank of New York Mellon, f/k/a the Bank of New York, as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Mortgage Pass-Through Certificates, Series 2005-AR8



Order Filed on October 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Leticia Rojas,

Debtor.

Case No.:         17-11444
Hearing Date: 10/5/2017
Judge:            Vincent F. Papalia

# ORDER REOPENING CASE AND ANNULLING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 18, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Leticia Rojas
Case No:  17-11444-VFP
Caption of Order:  ORDER REOPENING CASE AND VACATING AUTOMATIC STAY
_____

This matter having been brought before the Court by Secured Creditor, the Bank of New York Mellon, f/k/a the Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Mortgage Pass-Through Certificates Series 2005-AR8, Denise Carlon, Esquire appearing, upon a motion to reopen the case and annul the automatic stay as to certain property hereinafter set forth, and for good cause having been shown

It is **ORDERED,** that case # 17-11444-VFP is hereby reopened for the limited purpose outlined in this Order; and

It is further **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property located at 180 Douglas Road, Far Hills, NJ 07931, is hereby annulled and vacated as of January 25, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that the final judgment entered February 27, 2017 in F-013851-15 is valid and is not void due to the automatic stay; and

It is further **ORDERED, ADJUDGED and DECREED** that the case may be closed immediately upon entry of this order.