UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor, The Bank of New York Mellon, f/k/a the Bank of New York, as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Mortgage Pass-Through Certificates, Series 2005-AR8

**Order Filed on October 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Leticia Rojas,

Debtor.

Case No.:        17-11444
Hearing Date: 10/5/2017
Judge:        Vincent F. Papalia

## ORDER REOPENING CASE AND ANNULLING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: October 18, 2017**

                                                                                            _____
                                                                    **Honorable Vincent F. Papalia
                                                                    United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Leticia Rojas
Case No:  17-11444-VFP
Caption of Order:  ORDER REOPENING CASE AND VACATING AUTOMATIC STAY
_____

This matter having been brought before the Court by Secured Creditor, the Bank of New York Mellon, f/k/a the Bank of New York as successor in interest to JP Morgan Chase Bank, N.A., as Trustee for Structured Asset Mortgage Investments II Inc., Mortgage Pass-Through Certificates Series 2005-AR8, Denise Carlon, Esquire appearing, upon a motion to reopen the case and annul the automatic stay as to certain property hereinafter set forth, and for good cause having been shown

It is **ORDERED,** that case # 17-11444-VFP is hereby reopened for the limited purpose outlined in this Order; and

It is further **ORDERED, ADJUDGED and DECREED** that the automatic stay as to real property located at 180 Douglas Road, Far Hills, NJ 07931, is hereby annulled and vacated as of January 25, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that the final judgment entered February 27, 2017 in F-013851-15 is valid and is not void due to the automatic stay; and

It is further **ORDERED, ADJUDGED and DECREED** that the case may be closed immediately upon entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Leticia Rojas  
    Debtor

Case No. 17-11444-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Oct 23, 2017 |
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2017.
db        +Leticia Rojas,   640 Irvington Avenue,   Hillside, NJ 07205-3143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2017 at the address(es) listed below:
        Bruce W. Radowitz   on behalf of Debtor Leticia  Rojas bradowitz@comcast.net, r45676@notify.bestcase.com
        Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Inc. Mortgage Pass-Through Certifi dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann  Greenberg   magecf@magtrustee.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                      TOTAL: 4